IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00173-01 |
| v. | (Chief Judge Brann) |
| BEN MCCORMACK, | |
| Defendant. | |

## ORDER

**AND NOW**, on this 28th day of September 2021, **IT IS HEREBY ORDERED** that the Government may supplement the record with additional documents relevant to the question of whether a sentencing enhancement is warranted pursuant to U.S. Sentencing Guidelines Manual § 2K2.1(b)(5).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge